

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00114-CV

Zulema **GARZA**,
Appellant

v.

Zulema J. **GARZA**, Jose Juan Garza, III, Andres Garza, Alejandro Garza, and Gabriel Garza,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-002209-D1
Honorable Joe Lopez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Appellees' motion to dismiss and appellant's motion for extension of time are DENIED AS MOOT. We ORDER that no costs be assessed against appellant Zulema Garza because she is indigent.

SIGNED September 29, 2021.

_____
Beth Watkins, Justice